AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Ian Andre Roberts<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:25-mj-630<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 26, 2025__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 922(g)(5), 924(a)(8) | Illegal alien in possession of firearms |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

_____
*Complainant's signature*

Robert Carlson, Special Agent, ATF
*Printed name and title*

Date: 10/1/25

_____
*Judge's signature*

City and state:  Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
2:55 pm, Oct 01 2025