IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-mj-630 |
| | ) | |
| v. | ) | AFFIDAVIT |
| | ) | |
| IAN ANDRE ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Robert Carlson, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since August 2003.  I am a graduate of the ten-week Criminal Investigators Training Program at the Federal Law Enforcement Training Center, Glynco, Georgia. Your Affiant has also completed the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) New Agent Training that consisted of sixteen weeks of job specific training also held at the Federal Law Enforcement Training Center in Glynco, Georgia. My current assignment with ATF, and working with various state and local police agencies, involves the investigation of armed narcotic trafficking organizations and other individuals that engage in a pattern of criminal activity, including illegal possession of firearms, the distribution of controlled substances, the possession of firearms during the distribution of controlled substances, firearms trafficking, and various other violent crimes. I have has used cooperating informants, undercover agents, video surveillance, GPS tracking devices, and audio surveillance, among other law enforcement techniques,

in the course of my career with ATF. I have conducted and participated in numerous controlled buys of firearms and controlled substances from targets of law enforcement techniques.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that Ian Andre ROBERTS (ROBERTS) has committed a violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8) (illegal alien in possession of firearms).

## PROBABLE CAUSE

4.      Pursuant to Title 18, United States Code, Section 922(g)(5), I know that it is unlawful for an illegal alien to possess a firearm or ammunition. An alien is a person who is not a citizen or national of the United States. 8 U.S.C. § 1101(a)(3). More specifically, Section 922(g)(5) applies to aliens who either are illegally or unlawfully in the United States or have been admitted under a nonimmigration visa (and to whom § 922(y)(2) does not apply, which exempts a subset of nonimmigration aliens, including officials of foreign governments). Title 8, United States Code, Section 1101(a)(15) designates various classes of nonimmigration aliens who are be prohibited possessors.

5.    ROBERTS' immigration case file states ROBERTS is a citizen of Guyana. ROBERTS entered the United States in March 1999 on an F-1 student visa that expired on March 7, 2004.

6.    In May 2001, May 2018, June 2018, and July 2018, ROBERTS filed an Application to Register Permanent Residence or Adjust Status (Form I-485). The United States Citizenship and Immigration Services rejected these applications. In addition, in July 2018, ROBERTS applied for and, in January 2020, was denied an adjustment of status (Form I-485) based on his marriage to a United States citizen because ROBERTS failed to respond to a request for additional information.

7.    From December 18, 2018 to December 18, 2019, and December 3, 2019 to December 18, 2020, ROBERTS had lawful employment authorization. Since December 18, 2020, ROBERTS has not had lawful employment authorization.

8.    According to immigration records, ROBERTS was ordered removed from the United States in absentia on May 22, 2024. Attachment 1. On April 30, 2025, an immigration judge denied ROBERTS' motion to reopen the proceedings, finding ROBERTS had failed to demonstrate that he did not receive notice of the May 22, 2024 hearing. Attachment 4. ROBERTS was represented by counsel. *Id.* Thus, on September 26, 2025, ROBERTS had a valid and final order of removal and was an individual illegally and unlawfully in the United States.

9.    On September 30, 2025, the United States Attorney's Office received a letter. The letter, dated March 27, 2025, was addressed to ROBERTS at an address in Little Elm, Texas from the Texas attorney who represented ROBERTS for, at least,

his motion to reopen the proceedings. *See* Attachment 3. The letter was also provided to media entities at a press conference held on September 30, 2025.

10.     According to immigration court records, the Texas attorney filed a motion to withdraw as ROBERTS attorney in January 2025, after filing the motion to reopen. In support of the motion to withdraw, the Texas attorney provided a letter sent to ROBERTS in November 2024 citing an unpaid legal bill, to the same Little Elm, Texas address as the March 27, 2025 letter, *see* Attachment 2, and the same address as paperwork located in his Des Moines residence on September 26, 2024, *see* Paragraph 26. The attorney's motion to withdraw was denied as moot, following the April 30, 2025 decision denying ROBERTS' motion to reopen.

11.     The March 27, 2025 letter to ROBERTS pre-dates the disposition of ROBERTS' motion to reopen, so there was no resolution when the letter was sent. Even if the motion to reopen was "successful" that would have not granted ROBERTS lawful immigration status. ROBERTS was not issued and did not receive any documents granting him relief or protection from removal. ROBERTS did not apply for or receive employment authorization, which he had done in the past. Furthermore, the decision denying his motion to reopen was thereafter issued and mailed to his Texas immigration attorney.

12.     In the evening of September 30, 2025, your Affiant contacted and spoke with ROBERTS' Texas immigration attorney, Jackeline Gonzalez. As to the March 27, 2025 letter, Gonzalez stated the letter was to inform ROBERTS that the immigration case with Gonzalez's office was being closed. Gonzalez added that the

letter was not intended to convey to ROBERTS his immigration case with the Immigration Court was completed but rather it was being closed in her office. Gonzalez declined to provide information about her communication with ROBERTS concerning the April 30, 2025 denial of the motion to reopen.

13.    Therefore, ROBERTS is illegally and unlawfully in the United States and is not otherwise exempted from the prohibitions of Section 922(g)(5).

<u>September 26, 2025 encounter</u>

14.    In the morning of September 26, 2025, officers with Immigration and Customs Enforcement (ICE) performed surveillance at ROBERTS's residence located in the 5300 block of Saint Andrews Circle in Des Moines, within the Southern District of Iowa. At that time, ICE officers were aware that ROBERTS was illegally and unlawfully present in the United States.

15.    ICE officers saw a white Jeep Cherokee with Iowa official tags affixed leave ROBERTS' residence driven by a male, who was consistent in appearance with ROBERTS, based on photographs within ROBERTS' immigration case file. ICE officers followed the Jeep Cherokee, which drove at a high rate of speed northbound on Indianola Avenue. The Jeep Cherokee turned into the mobile home park. ICE officers located the Jeep Cherokee stopped inside the trailer park. ICE officers, dressed in tactical vests with high visibility ICE markings, approached the Jeep Cherokee on foot. The Jeep Cherokee drove away. After a brief search, the Jeep Cherokee was found abandoned in the grass near the 1800 block of Swan Lake Circle.

16.     Law enforcement officers with the Iowa State Patrol along with a certified patrol canine were called to help locate ROBERTS. After a search of the area, ROBERTS was located in the brush approximately 200 yards south of where the Jeep Cherokee was abandoned. ROBERTS was taken into ICE custody.

17.     ICE officers observed ROBERTS' appearance as consistent with known photographs of ROBERTS. Further, ROBERTS' identity was confirmed through fingerprint analysis.

18.     An ICE officer remained with the Jeep Cherokee until a Supervisory Public Safety Specialist with the Des Moines Public Schools arrived to take possession of the Jeep Cherokee. The Supervisory Public Safety Specialist located a firearm wrapped in a towel under the driver's seat, as pictured below:



19.    The firearm was later fully identified as a Glock, Model 19, nine-millimeter pistol, with serial number BKZU214. The firearm was chambered and loaded with Federal Cartridge (FC) nine-millimeter Luger ammunition and was affixed with a red dot optic and a pistol light. The firearm was seized by ICE and later transferred to ATF custody.

20.    Firearms that are recovered by law enforcement during their official duties are routinely traced through the ATF as part of their investigations. The tracing data provides investigators with information about who first purchased the firearm, where it was purchased, where and when it was recovered, and whether multiple firearms were purchased at the same time. An emergency trace for the firearm seized on September 26, 2025, was submitted and revealed that it was purchased by Lenisha Roberts, on October 4, 2019, at a federal firearms licensee in North Little Rock, Arkansas. Lenisha Roberts is believed to be ROBERTS' spouse according to law enforcement databases.

21.    ROBERTS' passport from Guyana was also located within a wallet found next to the firearm. According to the passport, it was renewed in April 2024 and expires in April 2029.

<u>September 26, 2025 search warrant</u>

22.    On September 26, 2025, law enforcement executed a federal search warrant at ROBERTS' residence in the 5300 block of Saint Andrews Circle in Des Moines. Inside the residence law enforcement located the following three firearms:

      a.    a loaded and chambered Sig Sauer, Model P320, nine-millimeter pistol, with serial number 58A131036, located underneath the seat cushion in a chair in the living room, as pictured below;



      b.    a loaded Remington, Model 783, .270 WIN caliber rifle, with serial number RM56791F, located in the master bedroom closet in a case, as pictured below; and



    c.    a Remington, Model 870, 20-gauge shotgun, with serial number AB762485U, located behind the master bedroom headboard in a case, as pictured below.



23.    Also located in ROBERTS' residence were multiple firearm magazines to include Glock nine-millimeter magazines, assorted ammunition in various calibers to include numerous FC nine-millimeter ammunition, a book titled "Concealed Carry and Home Defense Fundamentals", and packaging for a Streamlight pistol flashlight. The pistol flashlight affixed to the Glock, Model 19, nine-millimeter pistol that was located in the Jeep Cherokee was a Streamlight pistol flashlight.

24.    Both the Glock, Model 19, nine-millimeter pistol (seized by ICE) and the Sig Sauer, Model P320, nine-millimeter (recovered during the search warrant) contained FC nine-millimeter ammunition and similar red dot optics.

25.    Two firearm declaration tags were also found at ROBERTS' residence, issued by Southwest Airlines:

    a.    The first declaration documents a firearm belonging to "Ian Roberts" at an address in "Erie, PA," with a travel date of April 14, 2022. This declaration was affixed to the outside of a

firearms case containing identifying information for Sig Sauer, Model P320, nine-millimeter pistol described above.

  b.    The second declaration documents a firearm belonging to "Ian Roberts" at the address in the 5300 block of Saint Andrews Circle in Des Moines, with a travel date of January 28, 2024. This declaration was within the case for the Remington, Model 783 .270 WIN caliber rifle described above.

26.    In a Ford Mustang[1] parked in the garage of ROBERTS' residence, law enforcement located United States Department of Justice Executive Office for Immigration Review Dallas Immigration Court documents. The immigration documents were located under the floor mat in the back seat behind the driver's seat. The immigration documents contain a copy of the May 22, 2024, order that ROBERTS be removed from the United States in absentia.

27.    Also located within the residence were copies of ROBERTS' expired passport from Guyana, issued in January 2019 and expired in January 2024, and ROBERTS' expired employment authorization card, issued in December 2018 and expired in December 2019.

28.    The residence appeared to be occupied by a single individual, ROBERTS, and no female clothing was located during the search.

29.    The four firearms described in this affidavit were examined by an ATF Interstate Nexus Expert. The examination revealed these firearms had been manufactured outside the state of Iowa and, thus, necessarily crossed a state line before ROBERTS possessed them.

---

[1] The Ford Mustang had Texas plates "TRACK8." According to law enforcement databases, this vehicle is registered to Lekiesha Givens, with an address in Dallas, Texas.

4:25-mj-630

## CONCLUSION

30.     Based on the foregoing information and my training and experience, there is probable cause to believe that Ian Andre ROBERTS possessed firearms as an illegal alien, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

_____
Robert Carlson, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives

Subscribed and sworn to before me on this 1st day of October, 2025.

_____
The Honorable Helen C. Adams
United States Magistrate Judge