AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:15 pm, Oct 01 2025

| United States of America | ) |
| v. | ) |
| Ian Andre Roberts | ) Case No. 4:25-mj-630 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ian Andre Roberts                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Illegal alien in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8)

Date:     10/1/25

*Issuing officer's signature*

City and state:     Des Moines, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/25 , and the person was arrested on *(date)* 10/2/25
at *(city and state)* Sioux City, Iowa .

Date: 10/2/25

*Arresting officer's signature*

Robert Colson, Special Agent
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa