# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00124-RGE-HCA-1 : Clerk's Court Minutes – Arraignment

---

United States of America vs. Ian Andre Roberts

---

Gov. Atty(s): Richard D. Westphal : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Alfredo G. Parrish : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☐ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Ct 1 - 18:1546(b)(3) False Statement for Employment
Court Reporter: FTR Gold : Ct 2 - 18:922(g)(5)(A), 924(a)(8) Illegal Alien in Possession
Interpreter: N/A : of a Firearm
☐ Interpreter Sworn

Date: October 22, 2025
Initial Appearance Start Time:   Arraignment Start Time: 1:09 p.m.   End Time: 1:14 p.m.

## Initial Appearance

☐ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☐ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: December 1, 2025 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: October 30, 2025 : ☑ Indicted in True Name
Reciprocal Discovery due: November 10, 2025 :   True Name:
Pretrial Motions due: November 10, 2025 : ☑ Reading of Indictment Waived
Plea Notification Deadline: November 13, 2025 :   Plea of Not Guilty Accepted as to Ct(s): 1 & 2
Plea Entry Deadline: November 17, 2025 : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): ☑ Defendant advised that failure to enter a plea by deadline
November 10, 2025 at 10:10 a.m. before the Honorable Helen C. Adams :   may negatively impact consideration and finding regarding
via Webex   reduction in offense level based upon Acceptance of
  Responsibility pursuant to USSG.

## Custody Status

☐ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☐ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:           Room:
☐ Released on Bond : Revocation Hearing Set:
☐ Detained : Before:
: Courthouse:           Room:

---

Court and counsel appear in person for an arraignment. Defendant filed a Waiver of Appearance attesting that Defendant has received a copy of the Indictment and is requesting entry of a plea of not guilty (ECF #18). The Court accepted the waiver on October 21, 2025 (ECF #19). Court set dates. Counsel advised that the District Judge typically allows only one continuance of trial. Defendant to remain detained as previously ordered (ECF #9). The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt
Deputy Clerk