# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge

| Case No. 4:25-cr-00124-RGE-HCA-1 | : | Clerk's Court Minutes – Status Conference |
|---|---|---|

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Ian Andre Roberts |

Plaintiff(s) Counsel: MacKenzie Benson Tubbs

Defendant(s) Counsel: Alfredo G. Parrish & Alexander Smith

| Court Reporter: FTR Gold | : | Interpreter: N/A |
|---|---|---|

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Defendant's Oral Motion to Continue Trial | Granted | : | |

Proceedings:

Counsel appear via Webex for a status conference. Court and counsel discuss status of the case. Defendant orally moves to continue trial. No objections by the government. Court grants Defendant's Oral Motion to Continue Trial and sets the following dates:

Jury Trial: March 2, 2026
Final Pretrial Conference: February 27, 2026 at 8:30 a.m.
Plea Entry Deadline: February 2, 2026
Pretrial Motions: December 15, 2025

Orders to follow.

Time Start: 9:13 a.m.
Time End: 9:22 a.m.
Date: November 10, 2025

/s/ K. Platt
Deputy Clerk