# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **IAN ROBERTS,**  Defendant. | CASE NO. 4:25-cr-00124-RGE-HCA-1  **DEFENDANT'S MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [UNRESISTED]** |

**COMES NOW** the Defendant, Ian Roberts, by and through the undersigned counsel, and for this unresisted motion to extend pretrial motions deadlines, respectfully states to the court the following:

1. Trial is scheduled for March 2, 2026.

2. The current date for pretrial motions is December 15, 2025.

3. The plea notification deadline is not until January 28, 2026

4. The parties continue to negotiate in good faith for a resolution.

5. Part of the resolution involves Dr. Roberts' agreement to refrain from filing pretrial motions.

6. Counsel for Dr. Roberts has spoken with Assistant United States Attorney Mackenzie Tubbs, and the United States does not resist the present motion.

7. Both parties agree that a deadline of January 7, 2025, would give the parties enough time to fully explore all possible resolutions.

8.      This extension of the pretrial motions deadline would allow the parties and the court adequate time to litigate any pretrial motions filed on behalf of Dr. Roberts.

**WHEREFORE** the Defendant, Ian Roberts, respectfully requests the court extend the deadline for pretrial motions, and grant him any other relief that is just and equitable under the circumstances.

**PARRISH KRUIDENIER, L.L.P.**

By: */s/ Alfredo Parrish*

| | |
|---|---|
| Alfredo Parrish | AT0006051 |
| Brandon Brown | AT0001199 |
| Benjamin D. Bergmann | AT0009469 |
| Alexander Smith | AT0011363 |

2910 Grand Avenue
Des Moines, Iowa 50312
Phone: 515.284.5737
Fax: 515.284.1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com
bbergmann@parrishlaw.com
asmith@parrishlaw.com
**ATTORNEYS FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was **electronically filed** using the CM/ECF system on December 15, 2025.

*/s/ Quinn Deahl*

MacKenzie Benson Tubbs
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Mackenzie.benson.tubbs@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Dr. Ian Andre Roberts
**DEFENDANT**