# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        Plaintiff, vs. **IAN ROBERTS,**        Defendant. | **CASE NO. 4:25-cr-00124-RGE-HCA-1** **DEFENDANT'S MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE [UNRESISTED]** |

**COMES NOW** the Defendant, Ian Roberts, by and through the undersigned counsel, and for this unresisted motion to extend pretrial motions deadlines, respectfully states to the court the following:

1. Trial is scheduled for March 2, 2026.

2. The current date for pretrial motions is January 7, 2026, which the parties motioned for the court to extended from December 15, 2025.

3. The plea notification deadline is not until January 28, 2026

4. The parties continue to negotiate in good faith for a resolution but need a few more days to discuss the possibility of resolution, until January 12, 2026.

5. Part of the resolution involves Dr. Roberts' agreement to refrain from filing pretrial motions.

6. Counsel for Dr. Roberts has exchanged emails with Assistant United States Attorney Mackenzie Tubbs and the United States Attorney and they are in the agreement with the extension to January 12, 2026.

7. Both parties agree that a deadline of January 12, 2026, would give the parties enough time to fully explore all possible resolutions.

8. This brief extension of the current pretrial motions deadline would allow the parties and the court adequate time to litigate any pretrial motions filed on behalf of Dr. Roberts as well as attempt to negotiate a resolution.

**WHEREFORE** the Defendant, Ian Roberts, respectfully requests the court extend the deadline for pretrial motions, and grant him any other relief that is just and equitable under the circumstances.

        **PARRISH KRUIDENIER, L.L.P.**

By: /s/ *Alfredo Parrish*

| | |
|---|---|
| Alfredo Parrish | AT0006051 |
| Brandon Brown | AT0001199 |
| Benjamin D. Bergmann | AT0009469 |
| Alexander Smith | AT0011363 |

2910 Grand Avenue
Des Moines, Iowa 50312
Phone: 515.284.5737
Fax: 515.284.1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com
bbergmann@parrishlaw.com
asmith@parrishlaw.com
**ATTORNEYS FOR DEFENDANT**

**PROOF OF SERVICE**

  The undersigned certifies that the foregoing instrument was **electronically filed** using the CM/ECF system on January 7, 2026.

              */s/ Lori Yardley*

MacKenzie Benson Tubbs
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
Mackenzie.benson.tubbs@usdoj.gov
**ATTORNEY FOR PLAINTIFF**

Dr. Ian Andre Roberts
**DEFENDANT**