IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No. 4:25-cr-124 |
| v. | ) ) | NOTICE TO COURT REGARDING |
| IAN ANDRE ROBERTS, | ) ) | ADMINISTRATIVE FORFEITURE |
| Defendant. | ) ) ) | |

COMES NOW the United States of America, and respectfully submits this Notice to the Court Regarding Forfeiture stating as follows:

1.    On October 16, 2025, an Indictment was returned that sought the forfeiture of the following:

>    **a.    A loaded Glock, Model 19, nine-millimeter pistol with serial number BKZU214;**

>    **b.    A loaded and chambered Sig Sauer, Model P320, nine-millimeter pistol with serial number 58A131036;**

>    **c.    A loaded Remington, Model 783, .270 WIN caliber rifle, with serial number RM56791F; and**

>    **d.    A Remington, Model 870, 20-gauge shotgun, with serial number AB762485U.**

2.    The U.S. Attorney's Office has learned that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) completed administrative forfeiture proceedings against the property included in the indictment.

3.      Because the specific property has been forfeited to the United States in

the administrative forfeiture proceedings, the United States will not request entry of

a preliminary order of forfeiture.

Respectfully submitted,

David C. Waterman
United States Attorney

By:     */s/ MacKenzie Tubbs*
MacKenzie Benson Tubbs
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mackenzie.benson.tubbs@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on May 13, 2026,
I electronically filed the foregoing with the Clerk
of Court using the CM ECF system. I hereby
certify that a copy of this document was served on
the parties or attorneys of record by:
_____U.S. Mail ____ Fax ___Hand Delivery
__X__ECF/Electronic filing     ___Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ Karen Saltos*
     Paralegal Specialist

2